AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
### Northern District of California

UNITED STATES OF AMERICA,

v.

Jose Juan Penaloza-Hilario aka Paisa, aka Chopa

**WARRANT FOR ARREST**

Case Number: <u>CR 07-645 MMC</u>

*1402135*
*0811-1023-0045-Z*

*SEALED BY COURT ORDER*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   <u>Jose Juan Penaloza-Hilario</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   ( ) Information   ( ) Complaint
( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin, possession with intent to distribute and distribution of heroin

*FILED NOV 5 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

in violation of Title   <u>See above</u>   United States Code, Section(s) __

<u>                         </u>                                    <u>Deputy Clerk</u>
Signature of Issuing Officer                                    Title of Issuing Officer

                                                                <u>San Francisco 10/11/07</u>
Signature of Issuing Officer                                    Date and Location

Bail fixed at $ <u>no bail</u>   by   <u>Edward Chen, U.S. Magistrate Judge</u>
                                         Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received 10/12/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/28/07 | Carl Bannor, DEA | for Bannor |