TRABACK, Du BOIS & IKUMA
WILLIAM H. DuBOIS
5674 Stoneridge Drive, #201
Pleasanton, CA 94588
Telephone: (925) 463-3311
Facsimile: (925) 463-3818
email: whdubois@comcast.net

Attorneys for Defendant
JOSE PENALOZA-HILARIO

FILED
07 DEC 20 PM 1:39

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. CR-05-00167 WHA (CR 07-645 mmc) |
| ) | |
| Plaintiff, ) | Notice of Substitution of Attorney and |
| ) | General Appearance of William H. Du |
| vs. ) | Bois as Counsel for Defendant Jose |
| ) | Juan Penaloza-Hilario |
| JOSE JUAN PENALOZA-HILARIO, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO: SCOTT N. SCHOOLS UNITED STATES ATTORNEY, NORTHERN DISTRICT OF CALIFORNIA: ASSISTANT UNITED STATES ATTORNEYS, BARBARA BRENAN SILANO AND C. DAVID HALL: AND TO ALL DEFENSE COUNSEL:

///
U.S. v. JOSE PENALOZA-HILARIO, CR-07-00645 MMC; Notice of Substitution of Attorney
///

1

1  PLEASE TAKE NOTICE that William H. Du Bois is substituting in for Alan Azer
2  Dressler as counsel of record for Mr. Jose Juan Penaloza-Hilario. Mr. Du Bois' contact
3  information can be found above.

Respectfully Submitted,

Dated: December 18, 2007          /s/ William H. Du Bois

                                  **William H. Du Bois**

December 19, 2007

                                  Alan A. Dressler

U.S. v. JOSE PENALOZA-HILARIO, CR-07-00645 MMC; Notice of Substitution of Attorney