IAN G. LOVESETH (CSBN 085780)
Attorney at Law
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00645-MMC |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT GLENN DYER DETENTION FACILITY |
| ) | |
| v. ) | |
| ) | |
| RONALD WILLIAMS, et.al., ) | |
| ) | The Honorable Maxine M. Chesney |
| Defendants. ) | |

///

1     Finding good cause shown, as discovery has been provided in digital audio format:

2     IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3 player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North

4 County);

5 RONALD WILLIAMS,

6 JOSE JUAN PENALOZA-HILARIO,

7 SAMUEL ARANDA,

8 MICHAEL JOSEPH SILVA,

9 RONALD LEE HINES,

10 JOSE ANTONIO CAMACHO-MENDEZ,

11 EDWARD LEROY MOORE.

12

13 IT IS SO ORDERED.

14

15 Dated:   MAR 1 2 2008

16                                          THE HONORABLE MAXINE M. CHESNEY
                                           United States District Judge