IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 07-0645 MMC |
| Plaintiff, | **ORDER FOR CRIMINAL PRETRIAL PREPARATION** |
| v. | |
| JOSE JUAN PENALOZA-HILARIO; JAVIER ULISES ZAMORA-HERNANDEZ; LUIS CUEVAS-MEDINA; JOSE ANTONIO CAMACHO-MENDEZ, | |
| Defendants.. / | |

Good cause appearing, IT IS HEREBY ORDERED that:

**TRIAL:**

Trial will begin on **MONDAY, September 14 , 200 9, at 9:00 a.m.** Estimated length of trial is 2 to 3 weeks.

**DISCOVERY:**

By the close of business, **THURSDAY, July 2, 2009,** the parties will exchange the information, documents and tangible objects authorized by Fed. R. Crim. P. 16. Additional discovery shall be by motion accompanied by affidavits setting forth the unusual circumstances justifying discovery beyond the limits of Fed. R. Crim. P. 16.

**PRIOR TO FILING ANY DISCOVERY-RELATED MOTIONS, COUNSEL SHALL:**

1. Meet and confer with opposing counsel, and

2. File a declaration, under penalty of perjury, that counsel has conferred with opposing counsel with respect to each and every issue on an informal basis. Said declaration may be filed contemporaneously with the motion. If no such declaration is filed, the Court will return the motion papers to counsel.