JESSE J. GARCIA (CSBN 061223)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
JOSE JUAN PENALOZA-HILARIO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE UNITED STATES OF AMERICA,) | |
|---|---|
| ) | CASE NO. CR-07-0645 MMC (JCS) |
| Plaintiffs,    ) | |
| ) | **STIPULATION AND (PROPOSED)** |
| vs.    ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| ) | |
| JOSE JUAN PENALOZA-HILARIO,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

Jose Juan Penaloza-Hilario, by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel, Barbara B. Silano, Assistant United States Attorney, jointly stipulate and respectfully request that the sentencing date currently set for July 1, 2009 at 2:30 p.m. be continued to August 19, 2009.  This continuance is requested because counsel for defendant and Probation Officer needs additional time prepare presentence report and to prepare their sentencing position papers.  Each of the

individual parties stipulate and concur with the requested continuance.

    IT IS SO STIPULATED.

Dated: May 27, 2009

        Respectfully submitted,

        /s/ Jesse J. Garcia
        JESSE J. GARCIA
        Attorney for Defendant
        JOSE JUAN PENALOZA-HILARIO

DATED: May 27, 2009

        /s/ Barbara B. Silano
        Authorized to sign for
        BARBARA B. SILANO
        Assistant United States Attorney
        on 05/29/2009

    IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing currently scheduled for July 1, 2009 at 2:30 p.m. is VACATED, and the matter continued to August 19, 2009.

DATED: June 3, 2009

        HON. MAXINE M. CHESNEY
        United States District Judge