STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Email: Gabriela_Bischof@fd.org

Counsel for Defendant Penaloza-Hilario

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JUAN PENALOZA-HILARIO,<br><br>Defendant. | No. CR 07-00645-003 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 33

   Criminal History Category: III

   Guideline Range: 168 to 210

Mandatory Minimum: 120 months

3. Defendant was sentenced to 170 months imprisonment on August 19, 2009.

4. According to the Bureau of Prisons, Defendant's current projected release date is February 25, 2020.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level: 31

   Criminal History Category: III

   Guideline Range: 135 to 1688 months

   Mandatory Minimum: 120 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing Defendant's term of custody to 135 months, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual. A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

March 16, 2015                                  /s/
─────────────────            ─────────────────────────
DATED                                   MELINDA L. HAAG
                                        United States Attorney
                                        J. DOUGLAS WILSON
                                        Assistant United States Attorney
                                        Northern District of California


March 16, 2016                                  /s/
─────────────────            ─────────────────────────
DATED                                   STEVEN G. KALAR
                                        Federal Public Defender
                                        GABRIELA BISCHOF
                                        Assistant Federal Public Defender
                                        Northern District of California


IT IS SO ORDERED.

March 17, 2015                          [signature]
─────────────────            ─────────────────────────
DATED                                   MAXINE M. CHESNEY
                                        United States District Judge

*3582 STIP*, CR 07-00645-003 MMC
DEF. PENALOZA-HILARIO                   3