# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSE JUAN PENALOZA-HILARIO | ) | Case No: 0971 3:07CR00645-003 MMC |
| | ) | USM No: 90511-111 |
| Date of Original Judgment: 08/21/2009 | ) | |
| Date of Previous Amended Judgment: | ) | Gabriela Bischof (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 170 months **is reduced to** 135 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/21/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/01/2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable Maxine M. Chesney, Senior U.S. District Judge
*Printed name and title*